## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ELIZABETH P. BACA, )
)
      Plaintiff, )
)
vs. )     NO. CIV 10-927 RB/WDS
)
MICHAEL J. ASTRUE, Commissioner )
 of the Social Security Administration, )
)
      Defendant. )

## STIPULATED ORDER

THIS MATTER coming before the Court upon Defendant's Unopposed Motion for

Extension of Time (Doc. 17) to file a Response to Plaintiff's Motion to Reverse and Remand

(Doc. 14), it being stated that opposing counsel concurs in the granting of the motion, the Court

having read the motion and being fully advised in the premises finds that the motion is well

taken and should be granted.

IT IS THEREFORE ORDERED that the deadline for Defendant to file its Response to

Plaintiff's Motion to Reverse or Remand is extended from July 6, 2011, to July 7, 2011.


_____
W. DANIEL SCHNEIDER
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted on 7/12/11*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Approved electronically on 7/8/11*
MICHAEL ARMSTRONG
Attorney for Plaintiff